## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCELLIN MUKOLO BASENGEZI, <br><br> Plaintiff, <br><br> v. <br><br> ANDREA M. GACKI, in her official capacity as Director of the United States Office of Foreign Assets Control, and THE UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, <br><br> Defendants. | Civil Action No. 19-cv-03414 (APM) |

### **[Proposed] ORDER**

Upon consideration of Defendants' Motion to Stay Pending Consolidation, the Court hereby GRANTS the motion for good cause shown. It is hereby

ORDERED that Defendants' deadline by which to answer or otherwise respond to the Complaint in the above-captioned matter is STAYED, pending the Court's adjudication of Defendants' Motion to Consolidate, filed in *Norbert Basengezi Katintima v. Gacki et al.*, Civ. No. 1:19-cv-3412 (CRC).

Date: _____                   _____
                                                                                          UNITED STATES DISTRICT JUDGE

1