# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCELLIN MUKOLO BASENGEZI<br><br>*Plaintiff,*<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control, and THE UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL<br><br>*Defendants.* | Civil Action No. 19-cv-03414 (APM) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Pending Consolidation, as well as Plaintiff's opposition thereto, the Court hereby DENIES the motion. It is hereby

ORDERED that Defendants file an answer or otherwise respond to the Complaint in the above-captioned matter on or before January 24, 2020.

Date: _____      _____
                                                                                UNITED STATES DISTRICT JUDGE